In the Matter of the Judicial Settlement of the Final Account of Proceedings of PERCY S. VERMILYA, as Surviving Trustee of the Trust Created under the Last Will and Testament of WALTER F. GEOGHEGAN, for the Period from December 26, 1930, through November 29th, 1937. CAROLINE G. GEOGHEGAN, Appellant; PERCY S. VERMILYA, as Trustee, etc., of WALTER F. GEOGHEGAN, Deceased, Respondent.— Decree of the Surrogate's Court of Nassau county settling the account of a surviving trustee and dismissing objections thereto unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

In the Matter of the Application of GOETZ, WERSTEIN & GOETZ, INC., Respondent, for an Order Directing that Arbitration Proceed in the Manner Provided for in the Memorandum in Writing Dated August 2nd, 1938. SAMUEL OKIN, Appellant.— Order directing parties to proceed to arbitration in accordance with the terms of a writing, together with incidental directions, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of JEROME V. JEROME, as Executor, etc., of MARIE KRULISH, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld by ANASTASIA KOZLIK, Appellant; JEROME V. JEROME, as Executor, etc., of MARIE KRULISH, Deceased, Respondent.— Decree of the Surrogate's Court of Suffolk county, directing the appellant to deliver to the petitioner two certain bank deposit books, property of the petitioner's testatrix, unanimously affirmed, with costs, payable by appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.